William L. Schmidt, State Bar #206870
791 Price Street, #170
Pismo Beach, CA 93449
Telephone: 805.556.0844
Facsimile: 805.556.0141

Attorney for Plaintiffs,
EYA DEAN, and JORDON DEAN
and AMBRIA DEAN, minors, by and through their
Guardian ad Litem, EYA DEAN.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYA DEAN, and JORDON DEAN and AMBRIA DEAN, minors, by and through their Guardian ad Litem, EYA DEAN.<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF FRESNO, and C. DAVIS, individually and as an officer of the Fresno Police Department, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:07- CV-00492 AWI SMS<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

1. I Paulette Henderson am the mother of Brooklyn Dean, a minor of the age of 16 years.

2. My minor daughter, child of decedent Charles Dean, has a claim against the Defendants in this case, The City of Fresno, C. Davis and F. Borrego.

1
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM
CASE NO. 1:07- CV-00492 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com

3. My daughter will be added as a Plaintiff to this lawsuit by agreement and stipulation of the current parties to the lawsuit.

4. My address is 2523 S. Lotus Ave., Fresno, CA 93706 and I am a competent and responsible adult, and fully competent to act as Guardian Ad Litem for my daughter in this lawsuit.

5. I am willing to act as Guardian ad Litem for Brooklyn Dean.

WHEREFORE, Petitioner moves the Court for an order appointing her as Guardian ad Litem of her minor daughter, Brooklyn Dean for the purpose of pursuing an action against Defendants in the above-referenced lawsuit.

Dated: July 16, 2007                    /s/ William L. Schmidt
                                         William L. Schmidt
                                         Attorney for Petitioner

## CONSENT OF PETITIONER

I, Pauletta Henderson, THE PETITIONER, consent to act as Guardian Ad Litem for my minor daughter, Brooklyn Dean.

Dated: July 16, 2007                    /s/ Pauletta Henderson

## ORDER

The Petition for an Order appointing Pauletta Henderson as Guardian ad Litem for Brooklyn Dean is GRANTED.

Dated: 10/15/2007                       /s/ Sandra M. Snyder

                                         SANDRA M. SNYDER

                                         United States Magistrate Judge

2
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM
CASE NO. 1:07- CV-00492 AWI SMS

PDF created with pdfFactory trial version www.pdffactory.com