James J. Arendt, Esq.          Bar No.  142937

THE LAW FIRM OF
WEAKLEY, RATLIFF, ARENDT
    & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
    Fresno, California   93710

    Telephone: (559) 221-5256
    Facsimile:   (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, CURTIS DAVIS and FRANK BORREGO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| EYA DEAN individually, EYA DEAN successor in interest to CHARLES DEAN and, JORDAN DEAN and AMBRIA DEAN by and through their Guardian ad Litem, EYA DEAN,<br><br>          Plaintiffs<br><br>     vs.<br><br>THE CITY OF FRESNO, C. DAVIS, F. BORREGO, individually and as officers of the Fresno Police Department, and DOES 1 to 50, inclusive,<br><br>          Defendants.<br>_____ | ) CASE NO. 1:07 - CV- 00492 AWI SMS<br>)<br>)<br>) **ORDER ON DEFENDANTS' MOTION TO**<br>) **COMPEL JOINDER**<br>) **[FRCP Rule (19)(a); CCP §377.60]**<br>)<br>)<br>) Date:    October 12, 2007<br>) Time:    9:30 a.m.<br>) Dept.    Courtroom 7<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Defendants' motion for an order compelling joinder of CIERRA DEAN, aka CIERRA NELSON, and BROOKLYN DEAN as additional party plaintiffs came on regularly for hearing on October 12, 2007, in Courtroom Seven of the United States District Court, Eastern District of California, the Honorable Sandra M. Snyder presiding.  Defendants and moving parties were represented by attorney James J. Arendt, of the Law Firm of Weakley, Ratliff, Arendt & McGuire, LLP.  Plaintiffs were represented by attorney William L. Schmidt.

After full consideration of the moving and papers, as well as arguments made by counsel, it is hereby ordered as follows:

_____

Order on Defendants' Motion to Compel Joinder

1    Defendants' motion for an order compelling joinder of CIERRA DEAN, aka CIERRA

2 NELSON, and BROOKLYN DEAN as party plaintiffs is granted.

3

4

5

6

7 **IT IS SO ORDERED.**

8

9 **Dated:    October 19, 2007                      /s/ Sandra M. Snyder**

                                         **UNITED STATES MAGISTRATE JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28