James D. Weakley, Esq.     Bar No. 082853
James J. Arendt, Esq.      Bar No. 142937
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, CURTIS DAVIS and FRANK BORREGO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYA DEAN individually, EYA DEAN successor in interest to CHARLES DEAN and JORDAN DEAN and AMBRIA DEAN by and through their Guardian ad Litem, EYA DEAN,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, C. DAVIS, F. BORREGO, individually and as officers of the Fresno Police Department, and DOES 1 to 50 inclusive,<br><br>          Defendants. | CASE NO. 1:07-CIV-00492  AWI SMS<br><br>STIPULATION MODIFYING SCHEDULING CONFERENCE ORDER |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the deadline for deposing experts witnesses be extended to from January 31, 2008 to February 29, 2008.


DATED: January 18, 2008

                                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


                        By:    /s/ James D. Weakley
                                James D. Weakley
                                Attorneys for Defendants, CITY OF FRESNO,
                                CURTIS DAVIS, and FRANK BORREGO

---

Stipulation Modifying Scheduling Conference Order

DATED: January 22, 2008

                                        LAW OFFICE OF WILLIAM L. SCHMIDT

                          By:    /s/ William L. Schmidt
                                William L. Schmidt
                                Attorney for Plaintiffs,
                                EYA DEAN, EYA DEAN successor in interest to CHARLES DEAN and JORDAN DEAN and AMBRIA DEAN by and through their Guardian ad Litem, EYA DEAN

**ORDER**

IT IS SO ORDERED.

**Dated:   January 23, 2008**          **/s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE