# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYA DEAN, individually, EYA DEAN as successor in interest to CHARLESE DEAN, JORDAN DEAN and AMBRIA DEAN by through their guardian ad litem, EYA DEAN,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>THE CITY OF FRESNO, and C. DAVIS, F. BORREGO, individually and as officers of the Fresno Police Department, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | CV F 07-492 AWI SMS<br><br>ORDER VACATING JANUARY 28, 2008, HEARING AND TAKING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SUBMISSION |

　　Currently pending before the Court is the Defendants' motion for summary judgment. Hearing on this matter is set for Monday, January 28, 2008. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 28, 2008, is VACATED, and the parties shall not appear at that time. As of January 28, 2008, the Court will take the Defendants' motion for summary judgment under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　January 24, 2008　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE